# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PIEROT, | ) | CIVIL ACTION NO. 3:18-CV-00975 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GILEAD SCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1

Defendant, Gilead Sciences, Inc., submits its disclosure statement pursuant to the Federal Rules of Civil Procedure, Rule 7.1 and states that:

1. Gilead Sciences, Inc. has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted this 14th day of November, 2018.

                                         IRWIN FRITCHIE URQUHART & MOORE LLC

                     BY:     */s/ Carlos A. Benach*

                                         TIMOTHY F. DANIELS (La. Bar No. 16878)
                                         CARLOS A. BENACH (La. Bar No. 36797)
                                         JOSHUA E. ANDERSON (Ca. Bar No. 211320)
                                         400 Poydras Street, Suite 2700
                                         New Orleans, Louisiana 70130
                                         Telephone: (504) 310-2100
                                         Facsimile: (504) 310-2101
                                         *Attorneys for Defendant Gilead Sciences, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing notice was served electronically on all counsel of record using the CM/ECF system this 14th day of November, 2018.

                  */s/ Carlos A. Benach*